IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRINA KAY BENEFIELD, )<br># 260926, )<br> )<br>    Petitioner, )<br> )<br>  v. )<br> )<br>CYNTHIA S. WHEELER-WHITE, *et al.*, )<br> )<br>    Respondents. ) | Civil Action No. 2:09cv543-ID<br>(WO) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #4) of the Magistrate Judge is ADOPTED. The petition under 28 U.S.C. § 2254 is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d).

Done this 10th day of July, 2009.

/s/ Ira DeMent
UNITED STATES DISTRICT JUDGE